**Electronically Filed**
**Supreme Court**
**SCWC-25-0000727**
**11-MAY-2026**
**10:16 AM**
**Dkt. 7 ODAC**

SCWC-25-0000727

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STEPHEN RICHARD KENNY,
Petitioner/Plaintiff-Appellant,

vs.

DAMARA HARA LANGE,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-25-0000727; CASE NO. 2DSS-25-0000308)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Tonaki, assigned by reason of vacancy)

Petitioner's document filed on March 30, 2026, which
we construe in part as an application for writ of certiorari, is
hereby rejected.  Also, Petitioner's request for an
extraordinary writ is denied because the arguments lack merit
when viewed in context with 2DSS-25-0000308.

DATED: Honolulu, Hawai'i, May 11, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ John M. Tonaki

